IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY**  PLAINTIFF
**ADC #149998C**

v.  CASE NO. 2:20-CV-00036 BSM

**J. DYCUS and D. NORMENT**  DEFENDANTS

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 9] has been received, and after carefully reviewing the entire record, the RD is adopted. Jarell Terry's claim that Norment verbally harassed him is dismissed without prejudice. Terry's claims brought under the Universal Declaration of Human Rights are dismissed with prejudice.

IT IS SO ORDERED this 31st day of March 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE