# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JARELL D. TERRY**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #149998C**

v.　　　　　　　　**CASE NO. 2:20-CV-00036 BSM**

**J. DYCUS and D. NORMENT**　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 29] has been received, and after reviewing the record *de novo*, the RD is adopted. J. Dycus's motion to dismiss [Doc. No. 22] is granted. Terry's claims against Dycus are dismissed without prejudice.

IT IS SO ORDERED this 30th day of July, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE