IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY**                                                                                    **PLAINTIFF**
**ADC #149998C**

v.                              **CASE NO. 2:20-CV-00036 BSM**

**J. DYCUS and D. NORMENT**                                                           **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 59] has been received. After carefully reviewing the record, the RD is adopted. Jarell Terry's motion to amend his complaint [Doc. No. 58] is denied. Terry's motion for an extension of time [Doc. No. 65] is denied.

IT IS SO ORDERED this 17th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE