IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY**                                                                  **PLAINTIFF**
**ADC #149998C**

v.                     **CASE NO. 2:20-CV-00036 BSM**

**J. DYCUS and D. NORMENT**                               **DEFENDANTS**

## **ORDER**

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 87] has been received. After reviewing the record *de novo*, the RD is adopted. Jarell Terry's claims against defendant Norment are dismissed without prejudice, and this case is dismissed. Terry's motion for a last known address [Doc. No. 86] is denied as moot.

IT IS SO ORDERED this 18th day of December, 2020.

                                                                             */s/ Brian S. Miller*
                                                         UNITED STATES DISTRICT JUDGE